RECEIVED SEP 2 3 2005

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

v.                 No. CR00-1015

LORIN AHLERS                                DEFENDANT

O R D E R

On this 19th day of September 2005, there comes on for consideration the report and recommendation filed in this case on September 2, 2005, by the Honorable John A. Jarvey, United States Magistrate for the Northern District of Iowa. (Doc. 368.) Defendant has filed written objections.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's 28 U.S.C. § 2255 motion and his motion to reconsider sentencing should be and hereby are DENIED.

IT IS SO ORDERED.

Robert T. Dawson
United States District Judge

AO 72A
(Rev. 8/82)